**Order entered February 2, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01200-CR

**BOBBY CARL SCHULE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80586-2012**

## ORDER

The Court has before it appellant Bobby Carl Schule's January 30, 2015 Motion to Permit Current Counsel to Withdraw on Appeal and Substitute New Counsel on Appeal. We **GRANT** the motion permitting withdrawal of counsel and substitution of counsel for appellant. We **DIRECT** the Clerk to substitute attorney Brett E. Ordiway, 2311 Cedar Springs Road, Suite 250, Dallas, TX 75201 as counsel in this appeal for appellant, in place of attorney Lori L. Ordiway, P.O. Box 793991, Dallas, TX 75379.

/s/     ROBERT M. FILLMORE
PRESIDING JUSTICE